UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Christopher Guy Kmiecik, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )  Case No. 4:18-cv-1487 UNA<br>)<br>) |
| Brian P. Parker, et al. | )<br>) |
| Defendants. | ) |

## ORDER

The above styled and numbered case was filed on September 5, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:18-cv-00219.

**IT IS FURTHER ORDERED** that cause number 4:18-cv-1487 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: September 6, 2018      By: /s/ Michele Crayton
                              Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:18cv00219 ACL.**